902

No. 434. FIREMEN'S INSURANCE CO. ET AL. v. EDLIN. C. A. 7th Cir. Certiorari denied. *Donald N. Clausen* and *Herbert W. Hirsh* for petitioners. *John E. Cassidy* for respondent.

No. 435. GAGLIANO v. BONDS, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied. *Jack Wasserman* and *G. Wray Gill* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 440. STANDARD COIL PRODUCTS CO., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *Arthur Richenthal* for petitioner. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 441. WALKER ET AL. v. BOARD OF COUNTY COMMISSIONERS OF TALBOT COUNTY ET AL. Court of Appeals of Maryland. Certiorari denied. *Hyman A. Pressman* and *Herbert H. Balch* for petitioners. *T. Hughlett Henry, Jr.* and *Charles Elliot Wheeler* for respondents.

No. 443. NORMAN LUMBER CO. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Walter R. Jones, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *Elizabeth Dudley* for the United States.

No. 445. FIRST NATIONAL BANK IN HOUSTON v. UNITED STATES ET AL. Court of Claims. Certiorari denied. *Edward S. Boyles* for petitioner. *Solicitor*